CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of September, 2006, a copy of the foregoing "**SECOND AMENDED CLASS ACTION COMPLAINT FOR MONEY DAMAGES**" was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/Sharon A. Jones
Sharon A. Jones