IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT M. ATHEY, et al., | ) | |
| Plaintiffs, | ) | C.A. No. 99-205C |
| v. | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SEVERANCE OF THE CLAIMS OF ROBIN- JEAN SOLOW**

Plaintiffs respectfully move pursuant to RCFC, Rule 21 that the named plaintiff ROBIN-JEAN SOLOW, a former employee of The Resolution Trust Corporation, and her class action claims relating to former employees of Federal Government agencies other than the 17 agencies listed in Exhibit 4 to the *Archuleta* Settlement Agreement or by the Department of Veterans Affairs, shall be severed without prejudice from this case to continue in this court in a new case to be filed within ten days entitled *Robin-Jean Solow v. United States*.

Plaintiffs submit that this motion should be granted in the interests of justice and judicial economy.

WHEREFORE, because of the important benefits afforded to the judicial system and the named plaintiff identified above, plaintiffs respectfully move the Court to grant plaintiffs' motion as follows:

**The class action claims of named plaintiff Robin-Jean Solow, alleged in *Athey et al. v. United States*, shall be severed without prejudice from this case to be proceeded with as a named plaintiff in a new case entitled *Robin-Jean Solow v. United States* relating to former employees *of* Federal Government agencies other than those listed in Exhibit 4 to the Settlement Agreement in *Archuleta et al. v. United States* or by the Department of Veterans Affairs.**

Respectfully submitted,

s/Ira M. Lechner
Ira M. Lechner
Attorney for Plaintiffs
19811- 4th Place
Escondido, CA 92029
Telephone: (858) 864-2258

September 26, 2006