Exhibit 1: Plaintiffs' Proposed Severance Order

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT ATHEY et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 99-2051C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

SEVERANCE ORDER FOR CLAIMS OF ROBIN-JEAN SOLOW

Upon plaintiffs' motion pursuant to RCFC 21 for severance of the class action claims of Robin-Jean Solow, a plaintiff formerly employed by The Resolution Trust Corporation, and

Upon this Court's determination that the severance is appropriate under RCFC 21 and is in the interests of judicial economy, it is hereby

ORDERED, ADJUDGED and DECREED that the Clerk is ordered to sever without prejudice the class action claims of named plaintiff Robin-Jean Solow, alleged in *Athey et al. v. United States* relating to former employees of the United States employed by agencies other than those listed in Exhibit 4 to the Settlement Agreement in *Archuleta et al. v. United States* or by the Department of Veterans Affairs, to continue as a named plaintiff in the case of *Robin-Jean Solow v. United States*, No.______________.

Dated: ______________________________

JUDGE LOREN SMITH
UNITED STATES COURT OF FEDERAL CLAIMS