CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 26th day of October, 2006, a copy of the foregoing "PLAINTIFFS' MOTION FOR SEVERANCE OF THE CLAIMS OF ROBIN-JEAN SOLOW" TOGETHER WITH "EXHIBIT 1: PLAINTIFFS' PROPOSED SEVERANCE ORDER" was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/Ira M. Lechner
Ira M. Lechner