# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT ATHEY, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-2051C

Senior Judge Smith

Filed: November 2, 2006

**<u>ORDER</u>**

The Court hereby SCHEDULES a telephone hearing for Thursday, December 7, 2006 at 2:00 p.m. E.S.T. on Defendant's Motion to Strike Second Amended Class Action Complaint, as well as on Plaintiffs' Opposition to Defendant's Motion to Strike Second Amended Complaint.

**It is so ORDERED.**

/sLoren A. Smith
LOREN A. SMITH
Senior Judge