# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: December 7, 2006 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby RESCHEDULES the telephone hearing previously scheduled for Thursday, December 7, 2006 to Monday, December 11, 2006 at 3:00 p.m. EST on Defendant's Motion to Strike Second Amended Class Action Complaint, as well as on Plaintiffs' Opposition to Defendant's Motion to Strike Second Amended Complaint.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge