# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT ATHEY, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-2051C

Senior Judge Smith

Filed: December 12, 2006

**ORDER**

Pursuant to the hearing on December 12, 2006, and the Plaintiffs withdrawal of its Second Amended Complaint, the Court hereby DENIES Defendant's Motion to Strike Plaintiffs' Second Amended Complaint as MOOT.

Defendant's Answer shall be filed and served on or before February 1, 2007.

The Court hereby SCHEDULES a telephone status conference for Tuesday, March 20, 2007 at 3:30 p.m. EDT to discuss the litigation schedule or possible settlement in this matter.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge