CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of DECEMBER, 2006, a copy of the foregoing "PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT FOR MONEY DAMAGES", together with Exhibit 1 attached thereto, and "THIRD AMENDED CLASS ACTION COMPLAINT FOR MONEY DAMAGES", together with Exhibit 1 attached thereto, was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner