CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of DECEMBER, 2006, the foregoing "PLAINTIFFS' NOTICE OF INDIRECTLY RELATED CASE" was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

s/Ira M. Lechner
Ira M. Lechner