IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATHEY, ROBERT M., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 99-2051C<br>(Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of sixteen days, to and including February 2, 2007, within which to respond to Plaintiff's Notice of Indirectly Related Case, filed on December 27, 2006. Defendant's response is currently due to be filed on January 17, 2007. This is defendant's first request for an enlargement of time for this purpose. Co-counsel for plaintiff, Ira Lechner, has represented that plaintiff does not oppose this sixteen day enlargement of time. The additional time is necessary because counsel for the Government has a one-week trial before Judge Susan Braden beginning January 16, 2007. Since plaintiff filed the Notice of Indirectly Related Case, counsel has been preparing for the trial and unable to turn her attention to filing a response. The sixteen day extension will provide the necessary time to consider the Notice and draft our response.

For these reasons, defendant respectfully requests that the Court grant the motion for an enlargement of time to file the Government's response, to and including February 2, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch 901 North
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 307-0361

January 15, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 15, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder