# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, ET AL.,** | | |
| *Plaintiffs,* | | Case No. 99-2051C |
| v. | | Senior Judge Smith |
| | | Filed: February 1, 2007 |
| **THE UNITED STATES**, | | |
| *Defendant.* | | |

## ORDER

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time. Defendant's Answer, or other responsive pleading shall be filed and served on or before February 9, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge