# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | | |
| *Plaintiffs,* | | Case No. 99-2051C |
| v. | | Senior Judge Smith |
| | | Filed: February 20, 2007 |
| **THE UNITED STATES**, | | |
| *Defendant.* | | |

**ORDER**

It appearing that no opposition has been filed, the Court hereby **GRANTS** Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Complaint Adding Additional Plaintiffs with filing as of December 22, 2006.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge