# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: February 20, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **CONSIDERS** Plaintiffs' Notice of Indirectly Related Case *Solow v. United States*, Case No. 06-872C pursuant to RCFC 40.2(b), Defendant's Response and Plaintiffs' Reply.

After review and consideration, the Court is willing to accept the case. Therefore, the Honorable George W. Miller may, in his discretion, transfer the case.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge