# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT ATHEY, et al.,**<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 99-2051C**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**<br><br>(Senior Judge Smith) |

Plaintiffs respectfully request an enlargement of time of thirty (30) days, to and including April 11, 2007, within which to file their reply to defendant's Motion To Dismiss Plaintiffs' Third Amended Complaint. Plaintiffs' response currently is due March 12, 2007. This is plaintiffs' first request for an enlargement of time for this purpose.

Counsel for the plaintiffs has discussed this motion with counsel for the United States, who stated that the United States had no objection to this motion.

As grounds for this motion, plaintiffs state that they must engage in additional legal research to respond to the issues raised by defendant in its Motion to Dismiss of statute of limitations, laches, and the impact of title 38 premium pay upon plaintiffs' Complaint for money damages arising from the computation of their lump-sum payment for unused annual leave pursuant to 5 U.S.C. § 5551.

Accordingly, plaintiffs respectfully request that the Court grant this motion for an enlargement of time of 30 days, to and including April 11, 2007, within which to respond to defendant's Motion To Dismiss.

Dated: March 6, 2007

Respectfully Submitted,

s/Ira M. Lechner

Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258