CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of March, 2007, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME", was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner