# In the United States Court of Federal Claims

| | |
|---|---|
| **ROBERT ATHEY, et al.,** *Plaintiffs,* | Case No. 99-2051C |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant.* | Filed: March 7, 2007 |

**ORDER**

The Court hereby GRANTS Plaintiffs' Unopposed Motion for Enlargement of Time. Plaintiffs' response to Defendant's Motion for Enlargement of Time shall be filed and served on or before April 11, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge