# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| **ROBERT ATHEY, ET AL.,** | * | |
| | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| | * | |
| v. | * | Senior Judge Smith |
| | * | |
| | * | Filed: March 21, 2007 |
| **THE UNITED STATES**, | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on March 20, 2007, the Court hereby ORDERS that Defendant's reply to Plaintiffs' response to Defendant's Motion to Dismiss be filed and served on or before May 4, 2007. Plaintiff's response remains due on April 11, 2007.

The Court hereby SCHEDULES oral argument for Tuesday, May 22, 2007 at 2:30 p.m. in Courtroom #9, United States Court of Federal Claims, National Courts Building.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge
For

LOREN A. SMITH
Senior Judge