# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT ATHEY, et al.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-2051C

Senior Judge Smith

Filed: March 26, 2007

**ORDER**

Pursuant to the telephone status conference held on March 26, 2007, Plaintiffs' response to Defendant's Motion to Dismiss shall be filed and served on or before May 1, 2007. Defendant's reply shall be filed and served on or before May 25, 2007.

The Court further **RESCHEDULES** oral argument previously scheduled for May 22, 2007 to Monday, June 11, 2007 at 2:30 p.m. EDT in Courtroom #9, United States Court of Federal Claims, National Courts Building, Washington, DC. This case is related to *Solow, et. al. v. United States*, No. 06-872C. The cases shall be heard together but not shall not be consolidated at this time.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge