IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT M. ATHEY et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 99-2051C<br><br>Senior Judge Smith |

PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT ON
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs respectfully move pursuant to Rule 5.2(b)(2), RCFC, for leave to exceed the page limit on Plaintiffs' Opposition to Defendant's Motion to Dismiss, which is in excess of the page limit set by Rule 5.2(b)(2).

This case requires extensive briefing in order to properly represent the claims of tens of thousands of employees of the Department of Veterans Affairs who are grouped in several large categories. Further, defendant's motion to dismiss is 21 pages, and addresses numerous issues to which plaintiffs must respond, such as statute of limitations, laches, and statutory construction of various provisions of title 5 and title 38. All of these developments impact, and must be addressed by, plaintiffs' opposition to defendant's motion. Plaintiffs' counsel represents that every effort has been made to avoid duplication and repetition and that plaintiff's attached opposition is necessary in the interests of justice on behalf of the proposed class of employees.

WHEREFORE, plaintiffs respectfully move for leave to exceed the page limit on Plaintiffs' Opposition To Defendant's Motion to Dismiss.

Respectfully submitted,

/S/ IRA M. LECHNER__________

IRA M. LECHNER
Attorney for Plaintiffs
19811-4th Place
Escondido, CA 92029
Phone: 858-864-2258
Fax; 760-839-5755

Dated: May 1, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of May, 2007, a copy of the foregoing "PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS", was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner