# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ROBERT ATHEY, ET AL.,** *
*
*Plaintiffs*, * Case No. 99-2051C
*
v. * Senior Judge Smith
*
* Filed: May 8, 2007
**THE UNITED STATES**, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiffs' Motion for Leave to Exceed the Page Limit on Plaintiffs' Opposition to Defendant's Motion to Dismiss.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge