IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATHEY, ROBERT M., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 99-2051C<br>(Senior Judge Smith) |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 12 days, to and including June 6, 2007, within which to file a reply to plaintiffs' opposition to defendant's motion to dismiss. Defendant's reply is currently due to be filed on May 25, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs, Ira Lechner, has represented that plaintiffs do not oppose this 12 day enlargement of time.

Plaintiffs filed their opposition to defendant's motion to dismiss on May 1, 2007. The additional time is necessary because counsel for defendant returned from a 12-day vacation on May 14, 2007, and has not had ample time, given the press of other litigation, to thoroughly review and analyze plaintiffs' opposition. In addition to preparing a reply to plaintiffs' opposition, counsel is also preparing for depositions in the spent fuel litigation case of Energy Northwest v. United States, Case No. 04-0010C. Furthermore, the additional time will allow counsel to coordinate, as necessary, with counsel for Solow v. United States, No. 06-872C, as the Court scheduled oral argument in both the Solow and Athey cases on June 27, 2007. The 12 day enlargement will provide the Government with the time necessary to consider the opposition to

the motion to dismiss and draft our reply.

For these reasons, defendant respectfully requests that the Court grant the unopposed motion for an enlargement of time to file the Government's reply, to and including June 6, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 307-0361

Attorneys for Defendant

OF COUNSEL:

KATE M. RYAN
General Attorney
U.S. Department of Veterans Affairs
801 Vermont Ave. N.W.
Washington, D.C.

May 23, 2007

CERTIFICATE OF FILING

I hereby certify that on May 23, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder