# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**ROBERT ATHEY, ET AL.,** *
*Plaintiffs*, * Case No. 99-2051C
v. * Senior Judge Smith
* Filed: May 25, 2007
**THE UNITED STATES**, *
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time. Defendant's response to Plaintiffs' Reply to Defendant's Motion to Dismiss shall be filed and served on or before June 6, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge