IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT M. ATHEY, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No: 99-2051C |
| THE UNITED STATES, | ) | |
| Defendants. | ) | |

**DECLARATION OF GAIL JANDREW**

Gail Jandrew, pursuant to 28 U.S.C. Section 1746, hereby declares as follows:

1. I am currently employed by the United States Department of Veterans Affairs ("VA"), as Supervisory Systems & Procedures Analyst in the Financial Services Center, Payroll Service, Austin, Texas. I have held this position since October 2005. I have been employed by the Department of Veterans Affairs for 34 years.

2. In the position of Supervisory Systems & Procedures Analyst, in the Financial Services Center, Payroll Service, I am familiar with the documents and procedures relating to lump sum payments to employees upon separation/retirement for accrued, unused annual leave.

3. VA field facilities (approximately 300 total) are responsible for making lump sum payments for accrued, unused annual leave to employees upon their separation/retirement. Field facilities generate documentation relating to such payments.

4. The lump sum payment made to an employee is recorded on the record of salary payments, which is initially stored at the field facility, and eventually sent by the field facility to be archived at the National Personnel Records Center in St Louis, Missouri, in accordance with the General Records Schedule and VA records retention policies.

5. I understand that plaintiff class in the above-captioned action could potentially include all VA employees who have retired or separated since April 1993. This would include approximately 444,000 + employees. To obtain the lump sum payment information on all these employees would be extremely burdensome and time-consuming for the Agency because it would require determining whether each record is located (at the field facility, an interim storage location, or in archives); determining the format in which the record is stored (i.e., paper, microform, etc.); retrieving each record; and then coordinating a massive amount of data. This tremendous retrieval effort would hinder the operations of the various staff offices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2007

Gail Jandrew