# In the United States Court of Federal Claims

**No. 99-2051 C**

**ROBERT M. ATHEY, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed August 21, 2007, denying Defendant's Motion to Dismiss for lack of subject matter jurisdiction and granting Defendant's Motion to Dismiss for failure to state a claim on which relief may be granted,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**August 21, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.