# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: September 24, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

**ORDER**

The Court hereby SCHEDULES a telephone status conference for Monday, September 24, 2007, at 1:00 p.m. EDT, to discuss the timeline for litigation.

**It is so ORDERED.**

/sLoren A. Smith
LOREN A. SMITH
Senior Judge