# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT ATHEY, et al.,**<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 99-2051C**<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT FOR MONEY DAMAGES**<br><br>(Senior Judge Smith) |

At the direction of the Court and pursuant to RCFC 15(a), plaintiffs hereby move for leave to file their Fourth Amended Class Action Complaint for Money Damages in the above-captioned matter. With the consent of the Court, Plaintiffs hereby file their Fourth Amended Complaint without waiving any objections to, or appeal from, the Court's ruling of August 23, 2007 with respect to certain provisions of Plaintiffs' Third Amended Class Action Complaint relating to "additional pay" pursuant to title 38, U.S.C..

Each plaintiff's full name, address, last four digits of their social security number, place of employment, and position are identified in the list attached as Exhibit 1. If the Court so requests, plaintiffs can file under seal an un-redacted exhibit containing the full social security numbers pursuant to General Order No. 42A, Part VII, paragraph 26.

Counsel for the United States, in a status conference on September 24, 2007, urged the Court to grant plaintiffs' motion to file its Fourth Amended Complaint.

For these reasons, pursuant to RCFC 15(a) "when justice so requires", plaintiffs respectfully request that the Court grant this motion for leave to file Plaintiffs' Fourth Amended Class Action Complaint For Money Damages in this case.

Dated: September 26, 2007 Respectfully Submitted,

s/Ira M. Lechner
Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 26th day of September, 2007, a copy of "PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT FOR MONEY DAMAGES", including Exhibit 1 attached thereto, was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner

Ira M. Lechner