IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATHEY, ROBERT M., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 99-2051C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE
PLAINTIFF'S FOURTH AMENDED CLASS ACTION COMPLAINT

Defendant, the United States, respectfully submits this response to plaintiff, Robert M. Athey, motion for leave to file plaintiff's fourth amended class action complaint, filed on September 26, 2007. Pursuant to Rule 15 of the Rules of this Court, the Government states that it does not oppose plaintiff's motion to amend the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

OF COUNSEL:

KATE M. RYAN
General Attorney
U.S. Department of Veterans Affairs
801 Vermont Ave. NW
Washington, DC 20420

/s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 616-0347

October 14, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of October, 2007, a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFF'S FOURTH AMENDED CLASS ACTION COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sharon A. Snyder