# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | * | |
| *Plaintiffs*, | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: October 15, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

**ORDER**

The Court hereby GRANTS Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Fourth Amended Class Action Complaint, with filing as of the date of this order. In accordance with the Rules of the Court of Federal Claims, the Government shall file and serve its answer on or before December 14, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge