# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | | |
| *Plaintiffs,* | | Case No. 99-2051C |
| v. | | Senior Judge Smith |
| | | Filed: October 29, 2007 |
| **THE UNITED STATES**, | | |
| *Defendant.* | | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Friday, November 30, 2007, at 2:00 p.m. EST, to discuss the timeline for litigation.

**It is so ORDERED.**

/sLoren A. Smith
LOREN A. SMITH
Senior Judge