# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERT ATHEY, et al.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: January 22, 2008 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Preliminary Status Report and the telephone status conference held on January 22, 2008, the discovery schedule will proceed as follows:

| | |
|---|---|
| January 23, 2008 | Commencement of Fact and Class Discovery |
| March 7, 2008 | Exchange of Initial Disclosures Pursuant to Rule 26(a)(1) |
| June 30, 2008 | Completion of Class Discovery |
| August 1, 2008 | Submission of Plaintiff's Motion for Class Certification |
| September 12, 2008 | Submission of Defendant's Response to Plaintiff's Motion |
| September 26, 2008 | Submission of Plaintiff's Reply |

Further, the Court hereby **SCHEDULES** a telephone status conference for Thursday, April 10, 2008, at 3:30 p.m. EST. The progress of discovery and a date for argument on Plaintiff's Motion for Class Certification will be discussed at that time.

**It is so ORDERED.**

s/Loren A. Smith

LOREN A. SMITH
Senior Judge