IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATHEY, ROBERT M., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 99-2051C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME OUT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests a 45-day enlargement of time within which to respond to the discovery requests submitted by plaintiffs. The Government's response was due on March 3, 2008, therefore, the Government respectfully requests that the Court allow the Government to file its responses to plaintiffs' discovery out of time. The extension would bring the date for responding to the discovery to April 17, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs, Ira Lechner, has indicated that he does not oppose this enlargement.

This request is necessitated by the fact that the discovery requests propounded by plaintiffs are massive in nature and require the Government to seek information from each of almost 300 Department of Veterans Affairs ("VA") pay centers. Additionally, because the putative class here numbers over 300,000 former VA employees, the search for records is necessarily labor-intensive. The need to coordinate with various offices within the agency prevented completion of the discovery within the 30 days required. Furthermore, agency counsel in the case had recent personal issues which necessitated her absence from the office for

over three weeks, thus delaying the search for information.

For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 45 days, to and including April 17, 2008, within which to respond to plaintiffs' discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

OF COUNSEL:

KATE M. RYAN
General Attorney
U.S. Department of Veterans Affairs
801 Vermont Ave. N.W.
Washington, D.C.

/s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 616-0347

March 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 5, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder