# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
ROBERT ATHEY, ET AL., *
*
*Plaintiffs*, * Case No. 99-2051C
*
v. * Senior Judge Smith
*
* Filed: March 11, 2008
THE UNITED STATES, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time out of Time. Defendant shall respond to Plaintiffs' discovery request on or before April 17, 2008. The Court further RESCHEDULES the telephone status conference previously scheduled for April 10, 2008 to Thursday, April 24, 2008 at 3:00 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge