# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT M. ATHEY, et al.,**<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 99-2051C**<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL PLAINTIFFS**<br><br>(Senior Judge Smith) |

Pursuant to Rule 21 of the Rules of this Court ("RCFC"), plaintiffs hereby move for leave to add additional named plaintiffs in the above-captioned matter as potential Class Representatives. The additional named plaintiffs are as follows:

Benny Arellano
Rainy R. Atchison
Diane Baker
Mary E. Benson
Anthony G. Branch
Jeanne M. Carrasquillo
Karen R. Cole
Orilda D. Concepcion
Louise B. Cunningham
Anthony DiSatasio
William O. Edgar
Mary E. Finn
Bennie D. Fitts
Pasquale Fuggi
Gloria Heemer
Donald N. Isaac
Richard D. Isaac
Graham Johnson
Richard LaMont Johnson
Louise B. Kubasti
Paul W. Lasseigne, Jr.

Eddie Lovett
Erling S. Lye
Judith Ellen Mabry
John W. MacCormack
Samuel J. Maraman
Rose Marie McDannell
Marilee A. Murchison
Carolyn Sue Nason
Darlene K. Neill
Nancy Phillips
Barbara A. Powell
Wendell B. Purchase
Inger M. Rhoads
Luis A. Pina Rosario
Michael J. Ruiz
Dorothy K. Rutkin
Robert Rutkin
Robert H. Sabin
Frances L. Saunders
Dorraine F. Schuling
Rose O. Serio
Marjorie A. Smith
Clydell Spencer
Linda L. Summers
Margaret A. Trunick
Dorothy C. Vivians
James J. Whitehead
Edith Y. Williams
Patti A. Wray
Glenn P. Wright

These additional named plaintiffs were employed by the United States within the Department of Veterans Affairs. They were employed at various VA locations in every section of the United States and Puerto Rico, in various occupations such as dentists, registered nurses, therapists, pharmacist, physician's assistant, computer automation specialists, Administrative Directors of VA Medical Centers, administrators in the VA Central Headquarters, public affairs specialist, and a former Judge of the Board of Veterans Appeals. When they retired, each additional plaintiff did not receive, as part of their lump-sum payment for unused annual leave, the annual pay increase that went into effect during the period of unused annual leave credited to

their account, and/or premium pay pursuant to title 5, U.S.C. that they had received immediately prior to their separation from the VA. Each additional plaintiff's full name, address, last four digits of their social security number, place of employment, and position are identified in the list attached as Exhibit 1. If the Court so requests, plaintiffs can file under seal an un-redacted exhibit containing the full social security numbers pursuant to General Order No. 42A, Part VII, paragraph 26.

Adding these persons to the list of named plaintiffs as additional potential Class Representatives is the only change being proposed in this motion. The resolution of the *Archuleta* case has drawn the attention of former employees of the VA, and these additional persons have expressed their intent to serve as potential Class Representatives in order to protect the interests of other class members.

Counsel for the plaintiffs has discussed this motion to seek leave to add additional named plaintiffs with counsel for the United States, who stated that the United States reserves its comment as to this motion.

For these reasons, pursuant to RCFC 21 "on such terms that are just", plaintiffs respectfully request that the Court grant this motion for leave to add the persons listed in Exhibit 1 as named plaintiffs in this case.

Dated: March 20, 2008

Respectfully Submitted,

s/Ira M. Lechner

Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258