Robert M. Athey et al. v. United States

Exhibit 1 to Plaintiffs' Motion For Leave To Add Additional Plaintiffs

1. ARELLANO, BENNY
   11401 Hunting Creek Lane
   Austin, TX 78748
   -8657
   GS
   VA Computer Automation Center, Austin, TX

2. ATCHISON, RAINY R.
   3007 W. Phelps Road
   Phoenix, AZ 85053
   -2022
   GS
   Phoenix, AZ

3. BAKER, DIANE C.
   264 Fernledge Drive
   New Kensington, PA 15068
   -2020
   RN
   PHCS Highland Drive

4. BENSON, MARY ELAINE
   136 Cupps Road
   Renfrew, PA 16053
   -7616
   RN
   Butler, PA

5. BRANCH, ANTHONY G.
   425 Fair Field Drive
   Dublin, GA 31021
   -2536
   SES
   Fayetteville, NC

6. CARRASQUILLO, JEANNE M.
   8605 United Kingdom Drive
   Austin, TX 78748
   -3289
   GS
   VA Computer Automation Center, Austin, TX

7. COLE, KAREN R.
   280 Mojonnier Road
   Walla, Walla, WA 99362
   -7390
   RN
   Walla Walla, WA

8. CONCEPCION, ORILDA DAMIAN
   526 Edinburgh Street
   San Francisco, CA 94112
   -0923
   RN
   San Francisco, CA

9. CUNNINGHAM, LOUISE BROWN
   4743 Coulson Drive
   Dayton, OH 45418
   -9283
   RN
   Dayton, OH

10. DiSTASIO, ANTHONY
    4706 Ranch Grove Court
    Valrico, FL 33596
    -8302
    GS
    VA Central Office

11. EDGAR, WILLIAM O.
    223 Brookwood Drive
    Dublin, GA 31021
    -2499
    SES
    Dublin, GA

12. FINN, MARY E.
    103 Germain Avenue
    Haverhull, MA 01835
    -9919
    GS
    Boston, MA

13. FITTS, BENNIE D.
    320 Regency Circle
    Dublin, GA 31021
    -5232

DENTIST
Dublin, GA

14. FUGGI, PASQUALE
10773 Clark Road
Mannsville, NY 13661
-6805
WS
Miami, FL

15. HEEMER, GLORIA
135 Oak Drive
Saxonburg, PA 16056
-9556
RN
Butler, PA

16. ISAAC, RICHARD D.
253 Prospector Ridge
Dahlonega, GA 30533
-0679
SES
West Palm Beach, FL

17. ISAAC, DONALD N.
1403 Villa Drive, Apt. A
Butler, PA 16001
-8333
VM DENTIST
Lake City, FL

18. JOHNSON, GRAHAM
3338 Punta Alta, Unit 3E
Laguna Woods, CA 92637
-2553
PHYSICIAN ASST
Brentwood, CA

19. JOHNSON, RICHARD LAMONT
8003 Overfield Court
Bowie, MD 20715
-7297
GS
VA Central Office

20. KUBASTI, LOUISE B.
    19 Michelle Drive
    Hunlock Creek, Pa 18621-2925
    -4534
    GS Public Affairs Assistant
    Wilkes-Barre, PA

21. LASSEIGNE, JR., PAUL W.
    1208 Claycut Circle
    North Little Rock, AR 72116
    -7464
    PHARMACIST
    Little Rock, AR

22. LOVETT, EDDIE
    11157 S. Sangamon
    Chicago, IL 60643
    -4093
    GS-RESPIRATORY TECH
    West Side VA Hospital, Chicago, IL

23. LYE, ERLING STEVEN
    5629 112th Place, SW
    Mukilteo, WA 98275
    -8523
    GS
    Seattle, WA

24. MABRY, JUDITH ELLEN
    589 Lake Drive
    Ocala, FL 34472
    -9990
    RN
    VA Central Office

25. MACCORMACK, JOHN W.
    517 Lake Park Drive
    Myrtle Beach, SC 29588
    -3834
    GS
    Montrose, NY

26. MARAMAN, SAMUEL JAMES
    112 Charleston Court North
    Montgomery, AL 36117
    -8191
    SES
    Montgomery, AL

27. McDANNELL, ROSE MARIE
    119 Bryson Road
    Butler, PA 16001
    -4295
    RN
    Butler, PA

28. MURCHISON, MARILEE A.
    21050 N. 33rd Lane
    Phoenix, AZ 85027
    -2679
    GS
    Regional Off, Phoenix, AZ

29. NASON, CAROLYN SUE
    1107 N. Freeman Court
    Gilbert, AZ 85233
    -5088
    GS
    Regional Off, Phoenix, AZ

30. NEILL, DARLENE K.
    94 Ridgecrest Drive
    Pittsburgh, PA 15235
    -5203
    RN
    Butler, PA

31. PHILLIPS, NANCY
    7917 Woodhaven Drive NE
    Albuquerque, NM 87109
    -4990
    GS-Board of Veterans Appeals Judge
    VA Central Office, Washington, DC

32. POWELL, BARBARA ANN
    1251 Hampstead Lane
    Ormond Beach, FL 32174
    -7236
    RN
    Pittsburgh, PA

33. PURCHASE, WENDELL B.
    6691 E. Co. Road 3005
    Plainfield, IN 46168
    -3732
    GS
    Regional Office, Indianapolis, IN

34. RHOADS, INGER M.
    375 Sudbury Road
    Stow, MA 01775
    -8293
    RN
    Edith Norse Rogers VA Hospital

35. ROSARIO, LUIS A. PINA
    2845 River Ridge Drive
    Orlando, FL 32825
    -9464
    GS
    San Juan, Puerto Rico

36. RUIZ, MICHAEL J.
    3105 Laguna Drive
    Austin, TX 78741
    -6954
    GS
    Austin

37. RUTKIN, DOROTHY K.
    30340 Passageway Place
    Agoura Hills, CA 91301
    -5667
    GS
    VA Regional Off, Los Angeles, CA

38. RUTKIN, ROBERT
    30340 Passageway Place
    Agoura Hills, CA 91301

-6129
GS
VA Regional Off, Los Angeles, CA

39. SABIN, ROBERT H.
3744 S. Rush Creek Place
Boise, ID 83706
-7078
SES
Indianapolis, IN

40. SAUNDERS, FRANCES L.
30 Amsden Street
Arlington, MA 02474
-5170
RN
Boston, MA

41. SCHULING, DORRAINE F.
6730 NE 56th Street
Altoona, IA 50009
-1537
GS
Des Moines, IA

42. SERIO, ROSE O.
5709 Edgepark Road
Baltimore, MD 21239
-1705
RN
Baltimore, MD

43. SMITH, MARJORIE A.
2304 Comburg Castle Way
Austin, TX 78748
-4205
GS
Austin, TX

44. SPENCER, CLYDELL
11803 Doonesbury Cove
Austin, TX 78758
-6594
GS, Austin, TX

45. SUMMERS, LINDA L.
20 Alma Drive
Lonoke, AR 72086
-6967 RN
North Little Rock, Arkansas

46. TRUNICK, MARGARET A.
11320 Brown Road
Battle Creek, MI 49014
-5446
GS
Battle Creek, MI

47. VIVIANS, DOROTHY C.
3479 Plantation Place
Beavercreek, OH 45434
-2054
RN
Dayton, OH

48. WHITEHEAD, JAMES J.
408 South Prindle
Arlington Heights, IL 60004
-3830
GS
Hines, IL

49. WILLIAMS, EDITH Y.
2025 Lamplight Circle
Mount Dora, FL 32757
-9608
RN
Dayton, OH

50. WRAY, PATTI A.
100 Pinehurst Street
Meadowlakes, TX 78654
-0303
GS
Austin, TX

51. WRIGHT, GLENN P.
3 Factory Street
Oneonta, NY 13820
-7343
GS
Albany, NY