# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, ET AL.,** | | |
| *Plaintiffs,* | | Case No. 99-2051C |
| v. | | Senior Judge Smith |
| | | Filed: June 20, 2008 |
| **THE UNITED STATES**, | | |
| *Defendant.* | | |

## ORDER

Pursuant to the status conference held on June 11, 2008, the Court hereby **GRANTS** the request to extend discovery. Discovery shall end December 1, 2008.

With regard to Plaintiffs' representations that they would be filing a Motion to Compel, the Court issues the following schedule. Plaintiffs' motion to compel and memorandum of law shall be filed and served on or before August 8, 2008. Defendant's response shall be filed and served on or before August 27, 2008 and Plaintiffs' reply shall be filed and served on or before September 12, 2008. The Court **SCHEDULES** oral argument on the motion to compel for Wednesday, September 17, 2008 at 3:00 p.m. by telephone.

The Court further **DENIES** Plaintiffs' Motion to Add Plaintiffs to the Class. However, the Court does note that Plaintiffs had a legitimate reason to bring the motion but that by adding the individuals it may complicate the proceeding.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge
For

LOREN A. SMITH
Senior Judge