IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ATHEY, ROBERT M., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 99-2051C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR ENTRY OF THE PROPOSED PROTECTIVE ORDER

Pursuant to Rule 26 of the Rules of the United States Court of Federal Claim, defendant, the United States, respectfully requests that the Court enter the proposed protective order in this case, attached as Exhibit A. Plaintiffs' counsel, Ira Lechner, has indicated that plaintiffs oppose the entry of this order in this case.

Plaintiffs' document requests call for the production of sensitive information regarding former employees of the Department of Veterans Affairs (VA), including information such as the names and addresses of former employees, wage and position information, as well as general salary and employment procedures adopted by the VA. Such information must be protected from general dissemination beyond this litigation. The proposed order permits the parties to use protected information produced here, however, prohibits the use of the protected information outside of the litigation. It also, in paragraph 10, permits parties to "claw back" inadvertently produced privileged documents. Furthermore, any documents that are identified must be submitted to the Court under seal.

For the foregoing reasons, defendant respectfully requests that the Court enter the attached proposed protective order in this matter.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 616-0347

Attorneys for Defendant

OF COUNSEL:

Thomas J. McKeever, Jr.
Deputy Assistant General Counsel
U.S. Department of Veterans Affairs
801 Vermont Ave. N.W.
Washington, D.C.

June 26, 2008

CERTIFICATE OF FILING

I hereby certify that on the 26th day of June 2008, a copy of the foregoing "MOTION FOR ENTRY OF THE PROPOSED PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder