# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT ATHEY, et al.,**<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 99-2051C**<br><br>**PLAINTIFFS' MOTION FOR LEAVE OUT OF TIME TO FILE A CORRECTED COPY OF THEIR REPLY TO DEFENDANT'S MOTION FOR ENTRY OF THE PROPOSED PROTECTIVE ORDER**<br><br>(Senior Judge Smith) |

**PLAINTIFFS' MOTION FOR LEAVE OUT OF TIME TO FILE A CORRECTED COPY OF THEIR REPLY TO DEFENDANT'S MOTION FOR ENTRY OF THE PROPOSED PROTECTIVE ORDER**

Plaintiffs respectfully move for leave to file out of time a corrected copy of their Reply to Defendant's Motion for Entry of the Proposed Protective Order, and to strike the version of their Opposition that was filed previously. Plaintiffs' counsel discovered that upon converting the word document to PDF format, various formatting, spelling, and grammatical errors appeared in the PDF version of the Brief that was filed with the Court on July 14, 2008. The attached PDF copy of the Reply has corrected these errors, and has conformed the length of the document to RCFC 5.2 by deleting certain portions of the Reply without making any substantive change to the arguments proposed by Plaintiffs. Plaintiff's counsel apologizes to the Court for the errors.

Plaintiffs' counsel has left a voicemail message with Defendant's counsel to inform Defendant of the proposed correction.

WHEREFORE, Plaintiffs respectfully request that they be granted leave to file out of time the attached corrected copy of their Reply to Defendant's Motion for Entry of the Proposed Protective Order together with Plaintiffs' Exhibits 1, 2 and 3.

Dated: July 16, 2008

Respectfully Submitted,

s/Ira M. Lechner
Ira M. Lechner
Counsel for Plaintiffs
19811-4th Place
Escondido, CA 92029
(858) 864-2258

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of July, 2008, a copy of the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE A CORRECTED COPY OF THEIR REPLY TO DEFENDANT'S MOTION FOR ENTRY OF THE PROPOSED PROTECTIVE ORDER, together with a copy of the corrected REPLY AND PLAINTIFFS' EXHIBITS 1, 2, AND 3, was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner