# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ROBERT ATHEY, ET AL.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: July 24, 2008 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

## ORDER

The Court hereby **SCHEDULES** oral argument on the Motion for Protective Order for Wednesday, September 17, 2008 at 3:00 p.m. by telephone, to be held concurrent with oral argument on the Motion to Compel.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge