IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ATHEY, ROBERT M., et al., Plaintiffs, v. THE UNITED STATES, Defendant. | C.A. No. 99-2051C (Senior Judge Smith) |

DEFENDANT'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES UPON DEFENDANT OUT OF TIME

Defendant, the United States, respectfully requests that the Court grant leave to allow the United States to file it response to plaintiffs' motion for leave to serve additional interrogatories upon defendant, one day out of time, on Tuesday, August 19, 2008. Plaintiffs filed their motion for leave to serve additional interrogatories upon defendant on July 31, 2008. Defendant's response was due to be filed on Monday, August 18, 2008. The Government requests leave of Court to submit that pleading out of time. While the response was timely prepared, we inadvertently did not file it and accordingly, did not meet the date. Our response is being filed concurrently today with this motion.

For these reasons, the Government requests that the Court grant it leave to file its response on Tuesday, August 19, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

OF COUNSEL:

Kimberly D. Perkins
Attorney
Office of General Counsel
U.S. Department of Veterans Affairs
801 Vermont Ave. N.W
Washington, D.C.

s/Sharon S. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 616-0347

August 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of August, 2008, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES UPON DEFENDANT OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sharon A. Snyder