# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT ATHEY, ET AL.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-2051C

Senior Judge Smith

Filed: August 21, 2008

**ORDER**

The Court hereby GRANTS Plaintiffs' Motion for Leave to File Corrected Reply out of time.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge