# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROBERT ATHEY, ET AL.,** | * | |
| *Plaintiffs,* | * | Case No. 99-2051C |
| v. | * | Senior Judge Smith |
| | * | Filed: August 21, 2008 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Motion for Leave to File its Response to Plaintiff's Motion for Leave to File Additional Interrogatories upon Defendant out of time.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge