IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT M. ATHEY et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 99-2051C<br><br>Senior Judge Smith |

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENTION OF TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES UPON DEFENDANT

Plaintiffs respectfully move for an extention of time of twenty (20) days to September 22, 2008 to reply to Defendant's Response to Plaintiffs' motion for leave to serve additional interrogatories upon Defendant. Plaintiffs' Reply is due on September 2, 2008. Defendant's counsel has authorized Plaintiffs' counsel to state that Defendant has no objection to this motion.

Upon Plaintiffs' counsel's return to the United States from a scheduled vacation in Europe, Plaintiffs' counsel read Defendant's Response to Plaintiffs' motion with respect to the service of additional interrogatories. Plaintiffs' counsel telephoned Defendant's counsel to discuss a potential compromise to the discovery dispute. The respective counsel discussed the matter briefly, but unfortunately, Defendant's counsel was about to leave on her scheduled vacation and will not return to work until September 15, 2008. The parties agreed to discuss the matter more fully thereafter, and a few additional days may be required to consult with the VA.

WHEREFORE, plaintiffs respectfully move for an extention of time of twenty (20) days to September 22, 2008 to serve Plaintiffs' Reply to Defendant's Response To Plaintiffs' Motion For Leave To Serve Additional Interrogatories Upon Defendant..

Respectfully submitted,

/S/ IRA M. LECHNER_________

IRA M. LECHNER
Attorney for Plaintiffs
19811-4th Place
Escondido, CA 92029
Phone: 858-864-2258
Fax; 760-839-5755

Dated: September 2, 2008

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of September, 2008, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR EXTENTION OF TIME TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES UPON DEFENDANT" was filed electronically in the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

S/Ira m. Lechner
Ira M. Lechner