# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT ATHEY, ET AL.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-2051C

Senior Judge Smith

Filed: September 15, 2008

**ORDER**

The Court hereby **GRANTS** Plaintiff's motion for extension of time. Plaintiff's reply shall be filed and served on or before September 22, 2008.

The Court further **RESCHEDULES** oral argument that was previously scheduled for September 17, 2008 for Wednesday, October 7, 2008 at 2:00 p.m. by telephone.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge